UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20772-CR-MORENO / O'SULLIVAN**

FILED by _____ D.C.
SEP 29 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.

IN RE SEALED INDICTMENT

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Attorney, respectfully requests that, with the exception of those copies to be provided to the United States Attorney's Office, the Department of Justice, and any other relevant law enforcement agency for use in the arrest and/or extradition process, the attached indictment, and any resulting order be SEALED until the arrest of the defendant or until further order of this Court, given that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public. The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
A. BRENDAN STEWART
TRIAL ATTORNEY
Special FL Bar No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Telephone: 202.716.1142
E-Mail: brendan.stewart@usdoj.gov