# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 10/07/2015  Time: 1:30 p.m.

---

Defendant: Henry Lora          J#: 06409-104   Case #: 15-20772-CR-MORENO (SEALED)
AUSA: Ann McNamara             Attorney: David Shenkman, Temp.
Violation: Conspiracy to Commit Health Care Fraud and Wire Fraud          Surr/Arrest Date: 10/6/2015   YOB: 1964

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: Stip 600 K CSB w/Nebbia
Bond Set at: Stip 600 K CSB w/Nebbia   Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs          Language: English
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education *but not in health care field*
- [x] No contact with ~~victims~~/witnesses, except through counsel *or former employees*
- [x] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments
- [x] ~~Home~~ Confinement/Electronic Monitoring ~~and/or~~ *24 hr.* Curfew ___ pm to ___ am, paid by Deft.
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Disposition:
Notice of Temp. Apperance by Counsel David Shenkman

Case Unsealed

Stip 600 K CSB w/Nebbia w/ right to re-visit

Deft. Advised

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: 10/21/15 @ 10 AM
PTD/Bond Hearing:
Prelim/Arraign or Removal: 10/21/15 @ 10 AM
Status Conference RE:
D.A.R. 13:28:21          Time in Court: 3 min.

s/Chris M. McAliley          Magistrate Judge